UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
'S OFFICE

2005 AUG 22 P 5: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

DALE T. VAUGHAN, BARBARA J.
VAUGHAN, and BARBARA J. VAUGHAN
PPA DEREK T. VAUGHAN
    Plaintiffs,

v.

Case No. 05-30190-MPN

LIEBHERR-INTERNATIONAL AG,
LIEBHERR-AMERICA, INC., LIEBHERR
MINING AND CONSTRUCTION EQUIPMENT,
INC., LIEBHERR CRANE CORP., LIEBHERR
CRAWLER CRANE, LIEBHERR CONSTRUCTION
EQUIPMENT COMPANY, LIEBHERR MINING
EQUIPMENT COMPANY, LIEBHERR CRANES,
INC., and GARBOSE METAL CO.,
    Defendants.

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Please enter my appearance for the defendants LIEBHERR-AMERICA, INC., LIEBHERR MINING AND CONSTRUCTION EQUIPMENT, INC., LIEBHERR CRANE CORP., LIEBHERR CRAWLER CRANE COMPANY, LIEBHERR CONSTRUCTION EQUIPMENT COMPANY, LIEBHERR MINING EQUIPMENT COMPANY, and LIEBHERR CRANES, INC., in the above-referenced, all pursuant to F.R.Civ.P. 11.

Dated:

By: _____
John F. Dalsey, B.B.O. # 542171
DALSEY, FERRARA, & ALBANO

73 State Street, Suite 101
Springfield, MA 01103-2094
Tel:  (413) 736-6971
Fax:  (413) 746-9224
E-mail: jdalsey@dalsey-ferrara.com
Date: August 22, 2005