UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DALE T. VAUGHAN, BARBARA J.
VAUGHAN, and BARBARA J. VAUGHAN
PPA DEREK T. VAUGHAN
    Plaintiffs,

v.

LIEBHERR-INTERNATIONAL AG,
LIEBHERR-AMERICA, INC., LIEBHERR
MININING AND CONSTRUCTION EQUIPMENT,
INC., LIEBHERR CRANE CORP., LIEBHERR
CRAWLER CRANE, LIEBHERR CONSTRUCTION
EQUIPMENT COMPANY, LIEBHERR MINING
EQUIPMENT COMPANY, LIEBHERR CRANES,
INC., and GARBOSE METAL CO.,

    Defendants.

Case No. 05-30190-KPN

---

**MOTION AND APPLICATION FOR LEAVE TO PERMIT JOSEPH N. STELLA, ESQ. and JEFFREY W. GUNN, ESQ., TO APPEAR AND PRACTICE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS LR 83.5.3(b)**

---

The undersigned attorney, John F. Dalsey, being a member in good standing of the bar of this Honorable Court hereby moves in support of the application of Joseph N. Stella, Esq., and Jeffrey W. Gunn, Esq., of the law firm, MORRIS & STELLA, 200 West Adams St., Suite 1200, Chicago, IL, for leave to appear and practice in this court in the above-captioned case pursuant to LR 83.5.3(b) on behalf of defendants LIEBHERR-AMERICA, INC., LIEBHERR MININING AND CONSTRUCTION EQUIPMENT, INC., LIEBHERR CRANE CORP., LIEBHERR CRAWLER CRANE COMPANY, LIEBHERR

CONSTRUCTION EQUIPMENT COMPANY, LIEBHERR MINING EQUIPMENT COMPANY, and LIEBHERR CRANES, INC., (Hereinafter, LIEBHERR Defendants)

In support hereof, the undersigned avers that the attorneys have duly certified in keeping with LR 83.5.3 that they are members in good standing of all courts where they have been admitted to practice, including the bar of the State of Illinois, the bar of the United States District Court for the Northern District of Illinois, and that they are otherwise qualified as required by the rule. The admission of the attorneys, who are familiar with the defendants and issues in the above-captioned litigation, will facilitate the defendants' choice of counsel and will promote and further the proper representation of the defendants with respect to this litigation.

Further, in support of this motion, the undersigned files herewith his appearance on behalf of the LIEBHERR defendants, and shall serve as local counsel.

**Wherefore**, the undersigned attorney requests this Honorable Court, to allow this motion and thereby grant Joseph N. Stella, Esq., and Jeffrey W. Gunn, Esq. leave to appear and practice in this court in the above-captioned case on behalf of the LIEBHERR defendants.

> For the LEIBHERR Defendants,
>
> By: _____
> John F. Dalsey, B.B.O. # 542171
> DALSEY, FERRARA, & ALBANO
> 73 State Street, Suite 101
> Springfield, MA 01103-2094
> Tel: (413) 736-6971
> Fax: (413) 746-9224
> E-mail: jdalsey@dalsey-ferrara.com
> Date: August 22, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Western Division

DALE T. VAUGHAN, BARBARA J.
VAUGHAN, and BARBARA J. VAUGHAN
PPA DEREK T. VAUGHAN

    Plaintiffs,

v.

                              Case No.

LIEBHERR-INTERNATIONAL AG,
LIEBHERR-AMERICA, INC., LIEBHERR
MININING AND CONSTRUCTION EQUIPMENT,
INC., LIEBHERR CRANE CORP., LIEBHERR
CRAWLER CRANE, LIEBHERR CONSTRUCTION
EQUIPMENT COMPANY, LIEBHERR MINING
EQUIPMENT COMPANY, LIEBHERR CRANES,
INC., and GARBOSE METAL CO.,

    Defendants.

**CERTIFICATE OF JEFFREY W. GUNN, ESQ
IN SUPPORT OF APPLICATION FOR LEAVE TO APPEAR AND
PRACTICE IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

1.     I, Jeffrey W. Gunn, am an attorney licensed since 1984 to practice in Illinois by the Supreme Court of Illinois, Registration No. 6188327 . My office address is MORRIS & STELLA, 200 West Adams St., Suite 1200, Chicago, IL 60606.

2.     I am a member of the bar in Illinois in good standing, the bar of the United States District Court for the Northern District of Illinois in good standing, and I am in good standing in all jurisdictions where I have been admitted to practice law.

3.     There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I have been admitted to practice.

1

2

4. I am familiar with the local rules of the United States District Court, District of Massachusetts.

5. I am familiar with the facts and issues in the above-captioned litigation, and my admission will facilitate the defendants' choice of counsel and will promote and further the proper representation of the Liebherr defendants in the litigation.

Signed under the penalty of perjury: _____

Jeffrey W. Gunn, Esq.
Date: August 19, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Western Division

DALE T. VAUGHAN, BARBARA J.
VAUGHAN, and BARBARA J. VAUGHAN
PPA DEREK T. VAUGHAN

      Plaintiffs,

v.

      Case No.

LIEBHERR-INTERNATIONAL AG,
LIEBHERR-AMERICA, INC., LIEBHERR
MININING AND CONSTRUCTION EQUIPMENT,
INC., LIEBHERR CRANE CORP., LIEBHERR
CRAWLER CRANE, LIEBHERR CONSTRUCTION
EQUIPMENT COMPANY, LIEBHERR MINING
EQUIPMENT COMPANY, LIEBHERR CRANES,
INC., and GARBOSE METAL CO.,

      Defendants.

### CERTIFICATE OF JOSEPH N. STELLA, ESQ
### IN SUPPORT OF APPLICATION FOR LEAVE TO APPEAR AND
### PRACTICE IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

1.    I, Joseph N. Stella, am an attorney licensed since 1974 to practice in Illinois by the Illinois Supreme Court, Registration No. 2720973. My office address is MORRIS & STELLA, 200 West Adams St., Suite 1200, Chicago, IL 60606.

2.    I am a member of the bar in Illinois in good standing, the bar of the United States District Court for the Northern District of Illinois in good standing, and I am in good standing in all jurisdictions where I have been admitted to practice law.

3.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I have been admitted to practice.

4. I am familiar with the local rules of the United States District Court, District of Massachusetts.

5. I am familiar with the issues in the above-captioned litigation, and my admission will facilitate the defendants' choice of counsel and will promote and further the proper representation of the Liebherr defendants in the litigation.

Signed under the penalty of perjury:

*Joseph N. Stella*
Joseph N. Stella, Esq.
Date: August 19, 2005