UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:05-cv-30190

DALE T. VAUGHAN,                                )
BARBARA J. VAUGHAN,                             )
and BARBARA J. VAUGHAN PPA                      )
DEREK T. VAUGHAN                                )
    Plaintiffs                                  )
                                                )
v.                                              )
                                                )
LIEBHERR-INTERNATIONAL AG,                      )
LIEBHERR-AMERICA, INC., LIEBHERR                )
MINING AND CONSTRUCTION EQUIPMENT, INC.,        )
LIEBHERR CRANE CORP., LIEBHERRR CRAWLER         )
CRANE COMPANY, LIEBHERR CONSTRUCTION            )
EQUIPMENT COMPANY, LIEBHERR MINING              )
EQUIPMENT COMPANY, LIEBHERR CRANES, INC.        )
AND GARBOSE METAL CO.                           )
    Defendants                                  )

## JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

The parties, through their counsel, move that the Scheduling Conference, currently scheduled for October 6, 2005, be continued. As reasons therefore, plaintiffs state that they intend to file a Motion to Remand by September 21, 2005. It would be in the interests of judicial economy for this Court to rule on the plaintiffs' Motion to Remand prior to the holding of a scheduling conference, which, depending on the Court's ruling, may or may not be necessary.

Respectfully Submitted,

Dale T. Vaughan, Barbara J. Vaughan
Barbara J. Vaughan, ppa Derek T. Vaughan,
By Their Attorneys,

_____
John J. Stobierski, Esq.
BBO#549222
Danielle J. Barshak, Esq.
BBO # 553347
Stobierski & Stobierski
377 Main Street
Greenfield, MA 01301
(413)774-2867

Liebherr-America Inc.,
By Its Attorney,

_____
John F. Dalsey, Esq.
BBO #
Dalsey, Ferrara & Albano
73 State Street, Suite 101
Springfield MA 01103-2094
1 (413) 736-6971