COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT

FRANKLIN, SS

CIVIL ACTION NO. 05-058

|                                    |   |
| ---------------------------------- | - |
| DALE T. VAUGHAN, ET AL.,<br>    Plaintiffs | ) |
|                                    | ) |
|     v.         | ) |
|                                    | ) |
| LIEBHERR-INTERNATIONAL AG,<br>ET AL.,<br>    Defendants. | ) |

## AFFIDAVIT OF S. BERNARD GARBOSE

I, S. Bernard Garbose, state the following is true and correct:

1.    I am the president of Garbose Metal Company, a corporation organized under the laws of Massachusetts which had its principal place of business in Gardner, Massachusetts.  I am competent to testify, if called upon, and I have personal knowledge of the facts herein except as to those matters stated herein on information and belief, which I believe to be true.

2.    Garbose Metal Co. was in the business of buying and selling scrap metal.

3.    In 1989, Garbose Metal Co. purchased a Liebherr material handler, model no. R932 EW, PIN 334-4498, from Republic Alloy, Inc. of Charlotte, North Carolina.

4.    Garbose Metal Co. regularly used the subject material handler in conducting its business, namely, for the purpose of picking and loading scrap metal.

5.    Garbose Metal Co. has never been in the business of designing, manufacturing or selling material handlers or cranes.

6.    In 1998, Garbose Metal Co. was winding down its business.  Prior to selling the subject material handler to wTE Recycling, Inc., Garbose Metal Co. and wTE Recycling agreed the subject material handler would be stored at wTE

Recycling and wTE Recycling would sell it on behalf of Garbose Metal Co. if wTE Recycling did not want to buy it.

7.    wTE Recycling had the opportunity to inspect the subject material handler and to try it before purchasing it. On information and belief, wTE Recyling did in fact inspect and try the subject material handler before purchasing it.

8.    The sale was an isolated sale: Garbose Metal Co. had never previously sold to anyone else a material handler manufactured by Liebherr.

9.    There was a purchase order that memorialized the sale of the subject material handler by Garbose Metal Co. to wTe Recyling, a copy of which is attached hereto. In connection with the sale, Garbose Metal Co. provided wTE Recycling with the operator's manual for the subject material handler.

10.    Because Garbose Metal Co. has never been a designer, manufacturer, or dealer of material handlers or cranes, it did not have the expertise to determine whether the subject material handler had a defect in its design or manufacture at the time it sold the same to wTe Recycling; nor was it aware of any such design or manufacturing defect at that time.

11.    At the time of the sale of the material handler, Garbose Metal Co. understood that wTe Recycling was also in the business of buying and selling scrap metals and that wTe Recycling had regularly used material handlers in conducting its business. Garbose Metal Co. was not aware that wTe Recycling was relying on it to select an appropriate material handler, if indeed wTe Recycling did so. The subject never came up during any conversation surrounding the sale.

12.    Upon information and belief, wTe Recycling has been in the business of buying and selling scrap metal since 1990, at which time it purchased Kramer Industries, a metal scrap yard that had been located in Greenfield,

Massachusetts since 1950. Upon information and belief, wTe Recycling and Kramer Industries have always used material handlers to conduct their business.

Signed under the pains and penalties of perjury this 14th day of August, 2005.

S. Bernard Garbose

# wTe RECYCLING, INC.

**No 001011**

75 SOUTHERN AVENUE
GREENFIELD, MA 01301
TELEPHONE: 413-772-2200
413-774-3103
FAX: 413-774-7369

| | |
|---|---|
| DATE | 3/30/98 |
| DATE REQUIRED | 4-1-98 |
| VIA | |
| FREIGHT BILLINGS | |
| TERMS FOR | 5 Equal Payments, 15th of month, starting April |

To:  Garbose Metal Co.
155 Mill St.
Gardner  MA  01440

CONFIRMING:  Bernie Garbose

#55 Equip.Div.
Shredder  C984

| QUANTITY DERED | RECEIVED | DATE REC'D | CONTROL NUMBER | DESCRIPTION | PRICE | UNIT |
|---|---|---|---|---|---|---|
| 1 | | | | 1989 Liebherr Model R932EW | $60,000.00 | |
| | | | | Serial No. 334-4498, with 1 cu.yd. | | |
| | | | | Liebherr Hydraulic Grapple and | | |
| | | | | D.C. generator. | | |
| 1 | | | | 63" Square D electromagnet to be | | |
| | | | | sold by wTe for advertising cost and | | |
| | | | | 10% of sale price ($4000-6300). | | |
| | | | | **CONFIRMATION ONLY** | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

wTe RECYCLING, INC.

**IMPORTANT** ·  Our order number must appear on all invoices, packages, etc.