# LIEBHERR-INTERNATIONAL AG

LIEBHERR-INTERNATIONAL AG - POSTFACH 272 - CH-1630 BULLE/FR

BY COURIER

Morris & Stella
attn. Mr. Joseph N. Stella
Suite 1200
200 West Adams Street

Chicago/Illinois 60606

**CH-1630 Bulle/FR**

Rue de l'Industrie 45
Telefon: ++41-26-913 31 11
Telefax: ++41-26-913 31 31
E-Mail: info@lin.liebherr.com

| | | |
|---|---|---|
| Ihr Zeichen | Unser Zeichen fr-zw | CH-1630 Bulle, 18.08.2005 |
| Ihre Nachricht vom | Dir. Durchwahl:026/913 31 37 | |

Bearbeitet von : Herrn Frasch

**Re : Dale Vaughan, et al. v. Liebherr-International AG, et al.**

Dear Mr. Stella,

please accept this letter in behalf of Liebherr-International AG, of which I am fully authorized to speak as its managing director.

Liebherr-International AG has recently been informed of the existence of the above-referenced lawsuit, although it has not been served with summons and complaint. It has also been informed that the other defendants in the case desire to remove the suit from state to federal court.

In the event that Liebherr-International AG is ever served with process, it would also be its desire to remove the suit to federal court. It therefore authorizes you to inform the federal court that Liebherr-International AG consents to the notice of removal to federal court field by the other defendants.

In so authorizing, Liebherr-International AG does not mean to authorize you to act in its behalf for any other purpose. It does not, for instance, thereby waive its right to proper service of process in this case and does not intend hereby to submit itself to the personal jurisdiction of this or any court.

Sincerely,

LIEBHERR-INTERNATIONAL AG

Dieter Frasch
(managing director)