IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DALE T. VAUGHAN, BARBARA J.
VAUGHAN, and BARBARA J. VAUGHAN
PPA DEREK T. VAUGHAN
    Plaintiffs,

v.                  Case No. 3:05-cv-30190-MAP

LIEBHERR-INTERNATIONAL AG,
LIEBHERR-AMERICA, INC., LIEBHERR
MINING AND CONSTRUCTION EQUIPMENT,
INC., LIEBHERR CRANE CORP., LIEBHERR
CRAWLER CRANE COMPANY, LIEBHERR
CONSTRUCTION EQUIPMENT COMPANY,
LIEBHERR MINING EQUIPMENT COMPANY,
LIEBHERR CRANES, INC., and GARBOSE METAL CO.,
    Defendants.

**MOTION TO ENLARGE TIME TO FILE OPPOSITION
TO PLAINTIFF'S MOTION TO REMAND
(Assented To)
BY DEFENDANTS LIEBHERR-AMERICA, INC., LIEBHERR MINING
AND CONSTRUCTION EQUIPMENT, INC., LIEBHERR CRANE CORP.,
LIEBHERR CRAWLER CRANE COMPANY, LIEBHERR
CONSTRUCTION EQUIPMENT COMPANY, LIEBHERR MINING
EQUIPMENT COMPANY, LIEBHERR CRANES, INC.,**

    The plaintiffs in the above captioned served a Motion to Remand on or about September 19, 2005 in the above-captioned. The above-defendants request this Honorable Court to enlarge the time in which they may file an opposition to October 7, 2005.

    The time requested is necessary for counsel to further investigate available information in support of the opposition and to prepare necessary affidavits and a memorandum of law. The request is made in good faith and not for the purpose of delay. The plaintiffs through counsel have agreed to the extension.

1

Wherefore, the defendants request this Honorable Court to allow the motion and thereby enlarge the time in which they may file an opposition to October 7, 2005.

    For Defendants,
    LIEBHERR-AMERICA, INC.,
    LIEBHERR MINING AND
    CONSTRUCTION EQUIPMENT, INC.,
    LIEBHERR CRANE CORP.,
    LIEBHERR CRAWLER CRANE
    COMPANY, LIEBHERR
    CONSTRUCTION EQUIPMENT
    COMPANY, LIEBHERR MINING
    EQUIPMENT COMPANY, and
    LIEBHERR CRANES, INC.

By: _____
John F. Dalsey, B.B.O. #542171
DALSEY, FERRARA, & ALBANO
73 State Street, Suite 101
Springfield, MA 01103-2094
Tel: (413) 736-6971
Fax: (413) 746-9224
E-mail: jdalsey@dalsey-ferrara.com
Date: September 29, 2005

Assented to for the plaintiffs by

_____
John J. Stobierski, Esq.
Danielle J. Barshak, Esq.
Stobierski & Stobierski
377 Main St.
Greenfield, MA 01301