IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DALE T. VAUGHAN, BARBARA J.
VAUGHAN, and BARBARA J. VAUGHAN
PPA DEREK T. VAUGHAN

        Plaintiffs,

    v.                         Case No. 3:05-cv-30190:MAP

LIEBHERR-INTERNATIONAL AG,
LIEBHERR-AMERICA, INC., LIEBHERR
MININING AND CONSTRUCTION EQUIPMENT,
INC., LIEBHERR CRANE CORP., LIEBHERR
CRAWLER CRANE, LIEBHERR CONSTRUCTION
EQUIPMENT COMPANY, LIEBHERR MINING
EQUIPMENT COMPANY, LIEBHERR CRANES,
INC., and GARBOSE METAL CO.,

        Defendants.

---

## DEFENDANTS' MOTION TO DROP A MISJOINED PARTY

---

The defendants' Liebherr-America, Inc., et al., by and through their undersigned attorneys, moves this Court for an order dismissing or "dropping" as a party from the lawsuit Garbose Metal Co., as allowed under Fed.R.Civ.Pro. 21, on grounds that Garbose Metal Co. has been fraudulently joined for the purpose of frustrating diversity jurisdiction in the federal court.

Defendants' undersigned attorney certifies by his signature below that a conference was held in good faith with opposing counsel, as required by LR 7.1, but that the conference did not result in a resolution of the issues raised in this motion.

In support of this motion, defendants reference their previously filed Notice of Removal and the concurrently filed Declaration of Wilfried Wotke and Defendants' Memorandum of Law.

Respectfully submitted by

Joseph N. Stella, Esq.
Jeffrey W. Gunn, Esq.
MORRIS & STELLA
200 W. Adams, Suite 1200
Chicago, IL 60606
(312) 782-2345

and

John F. Dalsey, Esq.
DALSEY, FERRARA & ALBANO
73 State Street, Suite 101
Springfield, MA 01103
(413) 736-6971

Attorneys for Defendants,
LIEBHERR-AMERICA, INC., LIEBHERR
MININING AND CONSTRUCTION
EQUIPMENT, INC., LIEBHERR CRANE
CORP., LIEBHERR CRAWLER CRANE
COMPANY, LIEBHERR
CONSTRUCTION EQUIPMENT
COMPANY, LIEBHERR MINING
EQUIPMENT COMPANY, and
LIEBHERR CRANES, INC.

DATED: October 6, 2005

VAUGHAN, et al. v. LIEBHERR-AMERICA, et al.                    2
DEFENDANTS' MOTION TO DROP A MISJOINED PARTY