IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DALE T. VAUGHAN, BARBARA J.
VAUGHAN, and BARBARA J. VAUGHAN
PPA DEREK T. VAUGHAN

    Plaintiffs,

v.                                              Case No. 3:05-cv-30190-MAP

LIEBHERR-INTERNATIONAL AG,
LIEBHERR-AMERICA, INC., LIEBHERR
MININING AND CONSTRUCTION EQUIPMENT,
INC., LIEBHERR CRANE CORP., LIEBHERR
CRAWLER CRANE, LIEBHERR CONSTRUCTION
EQUIPMENT COMPANY, LIEBHERR MINING
EQUIPMENT COMPANY, LIEBHERR CRANES,
INC., and GARBOSE METAL CO.,

    Defendants.

---

## DECLARATION OF WILFRIED W. WOTKE

---

    I, Wilfried W. Wotke, by my signature below, declare under penalty of perjury that the following statements of fact are true and correct:[1]

1. I am the Product Support Manager of Liebherr Construction Equipment Co. (a trade name of an unincorporated division of Liebherr-America, Inc. prior to January 2003), one of the defendants in the above-captioned case. I am competent to testify and I have knowledge of the facts stated below based on the company's records, as kept in the normal course of the company's business.

2. Liebherr-America, Inc. sold the R 932 EW Liebherr Material Handler, PIN 334-4498 to Republic Alloy, Inc. in 1989, who in turn sold it to Garbose Metal Co. in the same year.

3. At the time the subject machine was sold, it was supplied with a cab having an elevation of four feet. (See invoice no. 102501 dated November 7, 1989, attached hereto as an exhibit.)

---

[1] This format for attestation is permitted under U.S.C. § 1746.

# LIEBHERR

ACCOUNTING COPY 2

| INVOICE NO | INVOICE DATE | PAGE |
|---|---|---|
|  |  |  |

REFERENCE

**SOLD TO** [illegible address, Charlotte, NC 28206]

**SHIP TO** WILL ADVISE

PLEASE REFER TO THE INVOICE OR CONFIRMATION OF ORDER NUMBER ON ALL CORRESPONDENCE.

| ORDER NO. | ORDER DATE | CUSTOMER NUMBER | LOC. | SLSMN. | PURCHASE ORDER NO. | JOB NUMBER | SHIP VIA | COLL/PPD |
|---|---|---|---|---|---|---|---|---|
| 954969 | 05/01/89 | 000330 | NN | 150 | 3022-E | 1 | WILL ADVISE |  |

| QTY ORDERED | QTY SHIPPED | QTY B.O. | LINE NO. / ITEM NO. DESCRIPTION | UNIT PRICE | UOM | EXTENDED PRICE | DISC. | NET PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 |  | 1 0001008<br>R932/934 EW BASIC MACHINE<br>D6 W/LIEBHERR | 176,310.00 | EA | 176,310.00 | .00 | 176,310. |
| 1 | 1 |  | 2 *ENGINE TYPE<br>LIEBHERR ENGINE. | .00 | EA | .00 | .00 |  |
| 1 | 1 |  | 3 9344367<br>STANDARD OPTION PACKAGE<br>  129 123 1000 00 1 | .00 | EA | .00 | .00 |  |
| 1 | 1 |  | 4 9567904<br>TRIPLE GR. PADS 30"<br>D6/750MM S9L | 1,020.00 | ST | 1,020.00 | .00 | 1,020. |
| 1 | 1 |  | 5 9342798<br>CAB ELEVATION 4'<br>  28 604 2000 00 0 | 3,670.00 | EA | 3,670.00 | .00 | 3,670. |
| 1 | 1 |  | 6 9330439<br>EXTRA HYDR. CONTROLS / LH<br>  20 574 1000 00 0 | 1,810.00 | EA | 1,810.00 | .00 | 1,810. |
| 1 | 1 |  | 7 9492553<br>HOIST CYLINDERS<br>  37 019 1000 00 101 | 5,170.00 | EA | 5,170.00 | .00 | 5,170. |

COMMENTS

TERMS

| SALE AMOUNT |  |
|---|---|
| MISC. CHARGES |  |
| FREIGHT |  |
| SALES TAX |  |
| TOTAL |  |

# LIEBHERR

ACCOUNTING COPY 2

| INVOICE NO. | INVOICE DATE | PAGE |
|---|---|---|

| REFERENCE |
|---|

**SOLD TO** REPUBLIC ALLOYS INC.
ATRIUM AVENUE
CHARLOTTE, NC 28280

**SHIP TO** WILL ADVISE

PLEASE REFER TO THE INVOICE OR CONFIRMATION OF ORDER NUMBER ON ALL CORRESPONDENCE.

| ORDER NO. | ORDER DATE | CUSTOMER NUMBER | LOC. | SLSMN. | PURCHASE ORDER NO. | JOB NUMBER | SHIP VIA | CO.L / PPD |
|---|---|---|---|---|---|---|---|---|
| 954969 | 05/01/89 | 000330 | NH | 199 | 3022-5 | 1 | WILL ADVISE | COLL |

| QTY ORDERED | QTY SHIPPED | QTY B.O. | LINE NO. / ITEM NO. DESCRIPTION | UNIT PRICE | UOM | EXTENDED PRICE | DISC. | NET PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | ✓ | 8 9195102<br>IND. STRAIGHT BOOM 23'0"<br>00 205 1000 00 0 | 19,400.00 | EA | 19,400.00 | .00 | 19,400.00 |
| 1 | 1 | ✓ | 9 9198033<br>INDUSTRIAL G.N. STICK 19'8"<br>02 292 1000 00 1 | 7,190.00 | EA | 7,190.00 | .00 | 7,190.00 |
| 1 | 1 | | 10 9326750<br>ADD. COUNTERWEIGHT INST.<br>128 539 1000 00 0 | 4,050.00 | EA | 4,050.00 | .00 | 4,050.00 |
| 1 | 1 | | 11 9175341<br>SUSPENSION<br>13 160 2000 00 0 | 1,170.00 | EA | 1,170.00 | .00 | 1,170.00 |
| 1 | 1 | | 12 9173408<br>MECHANISM<br>11 007 4000 00 0 | 8,130.00 | EA | 8,130.00 | .00 | 8,130.00 |
| 1 | 1 | | 13 6724990<br>SUSPENSION F/CHAIN SUSP.MAGNET<br>13 709 1000 00 0 | 600.00 | EA | 600.00 | .00 | 600.00 |
| 1 | 1 | | 14 6725020<br>GENERATOR PREPARATION<br>32 300 0991 00 0 | 1,375.00 | EA | 1,375.00 | .00 | 1,375.00 |

COMMENTS

TERMS

SALE AMOUNT
MISC. CHARGES
FREIGHT
SALES TAX
TOTAL

# LIEBHERR

ACCOUNTING COPY 2

| INVOICE NO. | INVOICE DATE | PAGE |
|---|---|---|

REFERENCE:

**SOLD TO** REPUBLIC [illegible]
810 [illegible]
CHARLOTTE   NC [illegible]

**SHIP TO** WILL ADVISE


RECEIVED NOV 1989

PLEASE REFER TO THE INVOICE OR CONFIRMATION OF ORDER NUMBER ON ALL CORRESPONDENCE.

| ORDER NO. | ORDER DATE | CUSTOMER NUMBER | LOC. | SLSMN. | PURCHASE ORDER NO. | JOB NUMBER | SHIP VIA | COLL/PPD |
|---|---|---|---|---|---|---|---|---|
| 954969 | 05/01/89 | 000350 | NN | 199 | 3002-B | 1 | WILL ADVISE | COLLECT |

| QTY ORDERED | QTY SHIPPED | QTY B.O. | LINE NO./ITEM NO. DESCRIPTION | UNIT PRICE | UOM | EXTENDED PRICE | DISC. | NET PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | 16 9108095 HYDR. SWIVEL  81 629 1000 00 0  WHOLESALES MANUFACTURING  TAX #00612? | 5,500.00 | EA | 5,500.00 | .00 | 5,50[?] |
| 1 | 1 | | 17 9112347 SEMI-CLOSED GRAPPLE  18 264 1000 00 0 | 7,290.00 | EA | 7,290.00 | .00 | 7,29[?] |
| 1 | 1 | | 18 * ADD.#1: CHANGE ORANGE PEEL  ORANGE PEEL #9112347 SAME  SAME PRICING AS I.D#9112239. | .00 | EA | .00 | .00 | .0[?] |

| | | |
|---|---|---|
| SUBTOTAL | | 242,685.[?] |
| DISCOUNT-1 | 20.00 | 48,537.0[?] |
| DISCOUNT-2 | 25.00 | 48,537.[?] |
| SUBTOTAL | | 145,611.0[?] |

COMMENTS
******* ALL PRICES IN $ (U.S.) *******

SHIPPED 11/6/89
VIA PARKER CRANE SERVICE

TERMS 5% 15 NET 30

| SALE AMOUNT | 145,611.[?] |
|---|---|
| MISC. CHARGES | |
| FREIGHT | |
| SALES TAX | |
| TOTAL | |



| Benennung | Description | Désignation | Pos. Item Pos. | Bestell-Nr. Order-N° Comm.-Nr. | Menge Quantity Quantità | M E | F N |
|---|---|---|---|---|---|---|---|
| ARRETIERUNG | ADJUSTMENT | ARRETOIR | 36 | 9173574 | 1 | 0 | |
| ARRETIERBOLZEN | LOCKING PIN | AXE DE BLOCAGE | 37 | 9173751 | 1 | 0 | |
| BLECH | PLATE | TOLE | 38 | 9486728 | 1 | 0 | |
| HALTER | HOLDER | SUPPORT | 39 | 9140155 | 1 | 0 | |
| BLECHSCHRAUBE 7981 B 3,5X 9,5 A2E | SHEFT METAL SCR. | VIS A TOLE | 40 | 4901102 | 6 | 0 | |
| KETTENVERSCHLUSS | CHAIN COUPER LINK | JONCTION DE CHAINE | 41 | 7000762 | 1 | 0 | |
| KETTE | CHAIN | CHAINE | 42 | 9486097 | 1 | 0 | |
| KARABINERHAKEN | HOOK | PORTE CARABINE | 43 | 7008023 | 1 | 0 | |
| FEINVERSTELLUNG | ACCELERATOR CABLE | CABLE D'ACCELERATEUR | 44 | 7012992 | 1 | 0 | |
| ABSTELLZUG | SHUT OFF CABLE | COMMANDE ARRET | 45 | 7012993 | 1 | 0 | |
| T-GRIFF | HANDLE | POIGNEE | 45.1 | 7365820 | 1 | 0 | |

| 2/3 9346836 12.87 | FAHRERKABINENERHOEHUNG 1200MM CAB ELEVATION 47", 1200MM REHAUSSE DE CABINE 1200MM | **932** 01 45 00 **28** |
|---|---|---|