IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DALE T. VAUGHAN, BARBARA J.
VAUGHAN, and BARBARA J. VAUGHAN
PPA DEREK T. VAUGHAN

      Plaintiffs,

    v.                               Case No. 3:05-cv-30190:MAP

LIEBHERR-INTERNATIONAL AG,
LIEBHERR-AMERICA, INC., LIEBHERR
MININING AND CONSTRUCTION EQUIPMENT,
INC., LIEBHERR CRANE CORP., LIEBHERR
CRAWLER CRANE, LIEBHERR CONSTRUCTION
EQUIPMENT COMPANY, LIEBHERR MINING
EQUIPMENT COMPANY, LIEBHERR CRANES,
INC., and GARBOSE METAL CO.,

      Defendants.

---

## DEFENDANTS' CERTIFICATE OF SERVICE

---

The undersigned, an attorney, certifies that copies of the following documents – *Defendants' Motion to Drop a Misjoined Party; Defendant's Memorandum of Law in Opposition to Plaintiffs' Motion to Remand and in Support of Defendants' Motion to Drop a Misjoined Party; Declaration of Wilfried W. Wotke; Defendants' Motion to Strike Plaintiffs' Affidavits; Defendants' Notice of Filing; and this Certificate of Service* – were deposited in the United States Mail at 200 West Adams, in Chicago, Illinois, 60606, at 5:00 p.m. on October 6, 2005, with proper postage pre-paid, addressed to each of the following with the address stated below appearing on the envelope:

ATTORNEYS FOR PLAINTIFFS:
John J. Stobierski
Danielle J. Barshak
STOBIERSKI & STOBIERSKI

377 Main Street
Greenfield, MA 01301
(413) 774-2867

<u>ATTORNEYS FOR GARBOSE METAL, INC.</u>
Paul Saltzman
TUCKER, HEIFETZ & SALTZMAN, LLP
Three School Street
Boston, MA 02108
(617) 227-9191

Joseph X. Stella, Esq.
Jeffrey W. Gunn, Esq.
MORRIS & STELLA
200 W. Adams, Suite 1200
Chicago, IL 60606
(312) 782-2345
and
John F. Dalsey, Esq.
DALSEY, FERRARA & ALBANO
73 State Street, Suite 101
Springfield, MA 01103
(413) 736-6971

Attorneys for Defendants,
LIEBHERR-AMERICA, INC., LIEBHERR
MININING AND CONSTRUCTION
EQUIPMENT, INC., LIEBHERR CRANE CORP.,
LIEBHERR CRAWLER CRANE COMPANY,
LIEBHERR CONSTRUCTION EQUIPMENT
COMPANY, LIEBHERR MINING EQUIPMENT
COMPANY, and LIEBHERR CRANES, INC.

DATED: October 6, 2005

VAUGHAN, et al. v. LIEBHERR-AMERICA, INC., et al.                    2
CERTIFICATE OF SERVICE