IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DALE T. VAUGHAN, BARBARA J.
VAUGHAN, and BARBARA J. VAUGHAN
PPA DEREK T. VAUGHAN

      Plaintiffs,

v.                                 Case No. 3:05-cv-30190:MAP

LIEBHERR-INTERNATIONAL AG,
LIEBHERR-AMERICA, INC., LIEBHERR
MININING AND CONSTRUCTION EQUIPMENT,
INC., LIEBHERR CRANE CORP., LIEBHERR
CRAWLER CRANE, LIEBHERR CONSTRUCTION
EQUIPMENT COMPANY, LIEBHERR MINING
EQUIPMENT COMPANY, LIEBHERR CRANES,
INC., and GARBOSE METAL CO.,

      Defendants.

## DEFENDANTS' NOTICE OF FILING

TO: ALL COUNSEL OF RECORD (See Attached Certificate of Service)

PLEASE TAKE NOTICE that on October 6, 2005, the appearing defendants, Liebherr-America, Inc., et al., by and through their attorneys, placed with an express mail service, and addressed to the Clerk of the United States District Court for Massachusetts (sitting in Springfield), the following documents:

1. Defenants' Motion to Drop a Misjoined Party;
2. Defendant's Memorandum of Law in Opposition to Plaintiffs' Motion to Remand and in Support of Defendants' Motion to Drop a Misjoined Party;
3. Declaration of Wilfried W. Wotke;
4. Defendants' Motion to Strike Plaintiffs' Affidavits; and
5. This Notice of Filing and the Certificate of Service.

Respectfully submitted by

*[signature]*

Joseph N. Stella, Esq.
Jeffrey W. Gunn, Esq.
MORRIS & STELLA
200 W. Adams, Suite 1200
Chicago, IL 60606
(312) 782-2345

and

John F. Dalsey, Esq.
DALSEY, FERRARA & ALBANO
73 State Street, Suite 101
Springfield, MA 01103
(413) 736-6971

Attorneys for Defendants,
LIEBHERR-AMERICA, INC., LIEBHERR
MININING AND CONSTRUCTION
EQUIPMENT, INC., LIEBHERR CRANE
CORP., LIEBHERR CRAWLER CRANE
COMPANY, LIEBHERR
CONSTRUCTION EQUIPMENT
COMPANY, LIEBHERR MINING
EQUIPMENT COMPANY, and
LIEBHERR CRANES, INC.

DATED: October 6, 2005