UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:05-cv-30190

DALE T. VAUGHAN, )
BARBARA J. VAUGHAN, )
and BARBARA J. VAUGHAN PPA )
DEREK T. VAUGHAN )
    Plaintiffs )
 )
v. )
 )
LIEBHERR-INTERNATIONAL AG, )
LIEBHERR-AMERICA, INC., LIEBHERR )
MINING AND CONSTRUCTION EQUIPMENT, INC., )
LIEBHERR CRANE CORP., LIEBHERRR CRAWLER )
CRANE COMPANY, LIEBHERR CONSTRUCTION )
EQUIPMENT COMPANY, LIEBHERR MINING )
EQUIPMENT COMPANY, LIEBHERR CRANES, INC. )
AND GARBOSE METAL CO. )
    Defendants )

## PLAINTIFFS' MOTION TO ENLARGE TIME TO FILE OPPOSITION TO DEFENDANTS' MOTIONS TO DROP A MISJOINED PARTY AND TO STRIKE PLAINTIFF'S AFFIDAVIT (ASSENTED TO)

The plaintiffs in the above captioned action served a Motion to Remand on or about September 19, 2005. The defendants filed an Opposition and Motions to Drop a Misjoined Party and to Strike Plaintiffs' Affidavits on October 6, 2005. The plaintiffs now request this Honorable Court to enlarge the time in which they may file an opposition to defendants' motions to October 25, 2005.

The time requested is necessary for counsel to further investigate available information in support of the opposition and to prepare necessary affidavits and a memorandum of law. The request is made in good faith and not for the purpose of delay. The defendants through counsel have agreed to the extension.

Wherefore, the plaintiffs request this Honorable Court to allow the motion and thereby enlarge the time in which they may file an opposition to October 25, 2005.

>  Respectfully Submitted,
>  Plaintiffs
>  Dale T. Vaughan, Barbara J. Vaughan
>  Barbara J. Vaughan, ppa Derek T. Vaughan,
>  By Their Attorneys,
>
>  John J. Stobierski, Esq.
>  BBO#549222
>  Danielle J. Barshak, Esq.
>  BBO # 553347
>  Stobierski & Stobierski
>  377 Main Street
>  Greenfield, MA 01301
>  (413)774-2867

Acceded ~~Assented~~ to for the defendants,
LIEBHERR-INTERNATIONAL AG,
LIEBHERR-AMERICA, INC., LIEBHERR
MINING AND CONSTRUCTION EQUIPMENT, INC.,
LIEBHERR CRANE CORP., LIEBHERRR CRAWLER
CRANE COMPANY, LIEBHERR CONSTRUCTION
EQUIPMENT COMPANY, LIEBHERR MINING
EQUIPMENT COMPANY, LIEBHERR CRANES, INC.
By their attorney:

Jeffrey Gunn, Esq.
Morris & Stella
200 West Adams Street, Suite 1200
Chicago IL 60606