UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:05-cv-30190

DALE T. VAUGHAN, )
BARBARA J. VAUGHAN, )
and BARBARA J. VAUGHAN PPA )
DEREK T. VAUGHAN )
    Plaintiffs )
 )
v. )
 )
LIEBHERR-INTERNATIONAL AG, )
LIEBHERR-AMERICA, INC., LIEBHERR )
MINING AND CONSTRUCTION EQUIPMENT, INC., )
LIEBHERR CRANE CORP., LIEBHERRR CRAWLER )
CRANE COMPANY, LIEBHERR CONSTRUCTION )
EQUIPMENT COMPANY, LIEBHERR MINING )
EQUIPMENT COMPANY, LIEBHERR CRANES, INC. )
AND GARBOSE METAL CO. )
    Defendants )

## PLAINTIFFS' CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that copies of the following documents Plaintiffs' Opposition to: Defendants' Motion to Drop a Misjoined Party and Motion to Strike Plaintiffs' Affidavits, Notice of Filing and Plaintiffs' Certificate of Service were mailed by first class mail, postage prepaid to the following attorneys:

For the defendant, Liebherr-International AG:

Joseph N. Stella, Esq.
Jeffrey W. Gunn, Esq.
Morris & Stella
200 West Adams, Suite 1200,
Chicago, IL  60606

and

John F. Dalsey, Esq.
Dalsey, Ferrara & Albano
73 State Street, Suite 101
Springfield, MA  01103

For the defendant, Garbose Metal Company

Paul Saltzman, Esq.
Tucker, Heifetz & Saltzman, LLP
Three School Street, Boston, MA  02108

on this 25th day of October, 2005.

                                Respectfully Submitted,
                                Plaintiffs
                                Dale T. Vaughan, Barbara J. Vaughan
                                Barbara J. Vaughan, ppa Derek T. Vaughan,
                                By Their Attorneys,

                                _____
                                John J. Stobierski, Esq.
                                BBO#549222
                                Danielle J. Barshak, Esq.
                                BBO # 553347
                                Stobierski & Stobierski
                                377 Main Street
                                Greenfield, MA  01301
                                (413)774-2867