UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:05-cv-30190

DALE T. VAUGHAN,                                          )
BARBARA J. VAUGHAN,                                      )
and BARBARA J. VAUGHAN PPA                               )
DEREK T. VAUGHAN                                         )
     Plaintiffs                                          )
                                                         )
v.                                                       )
                                                         )
LIEBHERR-INTERNATIONAL AG,                               )
LIEBHERR-AMERICA, INC., LIEBHERR                         )
MINING AND CONSTRUCTION EQUIPMENT, INC.,                 )
LIEBHERR CRANE CORP., LIEBHERRR CRAWLER                  )
CRANE COMPANY, LIEBHERR CONSTRUCTION                     )
EQUIPMENT COMPANY, LIEBHERR MINING                       )
EQUIPMENT COMPANY, LIEBHERR CRANES, INC.                 )
AND GARBOSE METAL CO.                                    )
     Defendants                                          )

NOTICE OF FILING

TO ALL COUNSEL OF RECORD (See Attached Certificate of Service):

PLEASE TAKE NOTICE that on October 25, 2005, the appearing plaintiffs, by

and through their attorney, mailed by first class mail, postage prepaid, addressed to the Clerk of

the United States District Court for Massachusetts (sitting in Springfield), the following

documents:

1.    Plaintiffs' Opposition to:  Defendants' Motion to Drop a Misjoined Party and
      Motion to Strike Plaintiffs' Affidavits; and

2.    This Notice of Filing and the Certificate of Service.

Respectfully Submitted,
Plaintiffs
Dale T. Vaughan, Barbara J. Vaughan
Barbara J. Vaughan, ppa Derek T. Vaughan,
By Their Attorneys,


John J. Stobierski, Esq.
BBO#549222
Danielle J. Barshak, Esq.
BBO # 553347
Stobierski & Stobierski
377 Main Street
Greenfield, MA  01301
(413)774-2867

Dated:  October 25, 2005