IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DALE T. VAUGHAN, BARBARA J.
VAUGHAN, and BARBARA J. VAUGHAN
PPA DEREK T. VAUGHAN

    Plaintiffs,

v.

Case No. 3:05-cv-30190:MAP/KJP

LIEBHERR-INTERNATIONAL AG,
LIEBHERR-AMERICA, INC., LIEBHERR
MININING AND CONSTRUCTION EQUIPMENT,
INC., LIEBHERR CRANE CORP., LIEBHERR
CRAWLER CRANE, LIEBHERR CONSTRUCTION
EQUIPMENT COMPANY, LIEBHERR MINING
EQUIPMENT COMPANY, LIEBHERR CRANES,
INC., and GARBOSE METAL CO.,

    Defendants.

### DEFENDANTS' NOTICE OF FILING

TO: ALL COUNSEL OF RECORD (See Attached Certificate of Service)

PLEASE TAKE NOTICE that on November 2, 2005, the appearing defendants, Liebherr-America, Inc., et al., by and through their attorneys, placed with an express mail service, and addressed to the Clerk of the United States District Court for Massachusetts (sitting in Springfield), the following documents:

1. Defenants' Motion for Leave to File a Reply;
2. Defendants' Reply to Plaintiffs' Opposition to the Motion to Drop a Misjoined Party and to Strike the Affidavits of Plaintiffs' Witnesses;
3. A Certificate of Service; and
4. This Notice of Filing.

Respectfully submitted by

*/s/ Joseph N. Stella*

Joseph N. Stella, Esq.
Jeffrey W. Gunn, Esq.
MORRIS & STELLA
200 W. Adams, Suite 1200
Chicago, IL 60606
(312) 782-2345

and

John F. Dalsey, Esq.
DALSEY, FERRARA & ALBANO
73 State Street, Suite 101
Springfield, MA 01103
(413) 736-6971

Attorneys for Defendants,
LIEBHERR-AMERICA, INC., LIEBHERR
MININING AND CONSTRUCTION
EQUIPMENT, INC., LIEBHERR CRANE
CORP., LIEBHERR CRAWLER CRANE
COMPANY, LIEBHERR
CONSTRUCTION EQUIPMENT
COMPANY, LIEBHERR MINING
EQUIPMENT COMPANY, and
LIEBHERR CRANES, INC.

DATED: November 2, 2005