IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 3:05-cv-30190-MAP

―――――――――――――――――――X
DALE T. VAUGHN, BARBARA J.
VAUGHN, and BARBARA J. VAUGHN
PPA DEREK T. VAUGHAN,
        Plaintiffs,

v.

LIEBHERR-INTERNATIONAL AG,
LIEBHERR-AMERICA, INC., LIEBHERR
MINING AND CONSTRUCTION EQUIPMENT
INC., LIEBHERR CRANE CORP., LIEBHERR
CRAWLER CRANE, LIEBHERR CONSTRUCTION
EQUIPMENT COMPANY, LIEBHERR MINING
EQUIPMENT COMPANY, LIEBHERR CRANES,
INC. AND GARBOSE METAL CO.,
        Defendants.
―――――――――――――――――――X

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter our appearance on behalf of the Defendant, Garbose Metal Co., relative to the above-captioned case.

        Defendant,
        Garbose Metal Co., Inc.
        By Its Attorneys,

        _____
        Scott J. Tucker, Esquire, BBO# 503940
        Tucker, Heifetz & Saltzman, LLP
        Three School Street
        Boston, MA 02108
        Tel: 617-557-9696
        Fax: 617-227-9191

        _____
        Paul Saltzman, Esquire, BBO# 550333
        Tucker, Heifetz & Saltzman, LLP
        Three School Street
        Boston, MA 02108
        Tel: 617-557-9696
        Fax: 617-227-9191

Dated: 11/11/05

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 11/11/05.