UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DALE T. VAUGHAN, et al.,  )
       Plaintiffs  )
    )
v.  )  Civil Action No. 05-30190-MAP
    )
    )
    )
LIEBHERR-INTERNATIONAL AG, et al.)
       Defendants  )

## SCHEDULING ORDER
December 2, 2005

NEIMAN, U.S.M.J.

The following schedule was established with the consent of the parties at the hearing this day:

1. The parties shall complete their automatic disclosures by December 30, 2005.

2. All non-expert discovery shall be completed by June 30, 2006.

3. Counsel shall appear for a case management conference on July 11, 2006 at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                              /s/ Kenneth P. Neiman
                                              KENNETH P. NEIMAN
                                              U.S. Magistrate Judge