AO 85A  (Rev. 8/98) Consent to Exercise of Jurisdiction by a United States Judge Over Specific Motion(s)

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ MASSACHUSETTS _____

| | |
|---|---|
| DALE VAUGHAN<br>Plaintiff<br>V.<br>LIEBHERR INTERNATIONAL, et al.<br>Defendant | CONSENT TO EXERCISE OF JURISDICTION<br>BY A UNITED STATES MAGISTRATE JUDGE<br>OVER DISPOSITIVE MOTIONS DESCRIBED<br>UNDER 28 U.S.C.§636(b)(1)(B)<br><br>CASE NUMBER:   05-30190-MAP |

## CONSENT TO EXERCISE OF JURISDICTION

In accordance with the provisions of 28 U.S.C.§636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below

**MOTION(S):** _____

_____

| Party Represented | Signatures | Date |
|---|---|---|
| Liebherr-America | [signature] | 12/02/05 |
| Plaintiff Dale Vaughan | [signature] | 12-2-05 |
| Defendant Genbis | [signature] | 12-2-05 |

## ORDER OF REFERENCE

IT IS ORDERED that the above motion(s) be referred to _____, United States Magistrate Judge, to conduct all proceedings and enter a final order on such motion(s) in accordance with 28 U.S.C.§636(c) and Fed.R.Civ.P.73.

_____  _____
Date                     United States District Judge

NOTE:   RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY IF</u> ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.