UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DALE T. VAUGHAN, BARBARA J.
VAUGHAN, and BARBARA J. VAUGHAN
PPA DEREK T. VAUGHAN
             Plaintiffs,

      v.

                                             Case No. 3:05-cv30190:MAP

LIEBHERR-INTERNATIONAL AG,
LIEBHERR-AMERICA, INC., LIEBHERR
MININING AND CONSTRUCTION EQUIPMENT,
INC., LIEBHERR CRANE CORP., LIEBHERR
CRAWLER CRANE, LIEBHERR CONSTRUCTION
EQUIPMENT COMPANY, LIEBHERR MINING
EQUIPMENT COMPANY, LIEBHERR CRANES,
INC., and GARBOSE METAL CO.,
             Defendants.

---

## DEFENDANTS' CERTIFICATE OF SERVICE

---

The undersigned, an attorney, certified that copies of the preceding document – Answer of Liebherr-America, et al, To Cross-Claims of Garbose Metal, and Cross-Claims of Liebherr-America, et al Against Garbose Metal, and this Certificate of Service – were deposited in the United States Mail at 73 State Street in Springfield, Massachusetts 01103, at 5:00 p.m. on January 30, 2006, with proper postage pre-paid, addressed to each of the following with their addresses, stated below, appearing on the envelope:

ATTORNEYS FOR PLAINTIFFS:
John J. Stobierski
Danielle J. Barshak
STOBIERSKI & STOBIERSKI
377 Main Street
Greenfield, MA 01301

(413) 774-2867

ATTORNEYS FOR GARBOSE METAL, INC.
Scott J. Tucker
Paul Saltzman
TUCKER, HEIFETZ & SALTZMAN, LLP
Three School Street
Boston, MA 02108
(617) 557-9696

John F. Dalsey. Esq.
DALSEY, FERRARA & ALBANO
73 State Street, Suite 101
Springfield, MA 01103
Phone:  (413) 736-6971
Fax:  (413) 746-9224
E-mail: jdalsey@dalsey-ferrara.com

and

Joseph N. Stella, Esq.
Jeffrey W. Gunn, Esq.
MORRIS & STELLA
200 W. Adams, Suite 12300
Chicago, IL 60606
(312) 782-2345

Attorneys for Defendants,
LIEBHERR-AMERICA, INC., LIEBHERR
MINING AND CONSTRUCTION
EQUIPMENT, INC., LIEBHERR CRANE
CORP., LIEBHERR CRAWLER CRANE
COMPANY, LIEBHERR CONSTRUCTION
EQUIPMENT COMPANY, LIEBHERR
MINING EQUIPMENT COMPANY and
LIEBHERR CRANES, INC.

Dated:  January 30, 2006