IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
3:05-cv-30190-MAP

————————————————————X
DALE T. VAUGHN, BARBARA J.
VAUGHN, and BARBARA J. VAUGHN
PPA DEREK T. VAUGHAN,
        Plaintiffs,

v.

LIEBHERR-INTERNATIONAL AG,
LIEBHERR-AMERICA, INC., LIEBHERR
MININING AND CONSTRUCTION EQUIPMENT
INC., LIEBHERR CRANE CORP., LIEBHERR
CRAWLER CRANE, LIEBHERR CONSTRUCTION
EQUIPMENT COMPANY, LIEBHERR MINING
EQUIPMENT COMPANY, LIEBHERR CRANES,
INC. AND GARBOSE METAL CO.,
        Defendants.
————————————————————X

## ANSWER OF GARBOSE METAL COMPANY TO CROSS-CLAIM OF LIEBHERR DEFENDANTS

1. The defendant in crossclaim admits these allegations.

2. The defendant in crossclaim admits these allegations.

3. The defendant in crossclaim denies these allegations.

4. The defendant in crossclaim denies these allegations.

WHEREFORE, the defendant in crossclaim requests that judgment enter in its favor on the crossclaim, together with the defendant in crossclaim's costs.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

And further answering, the defendant in crossclaim says that the acts complained of were committed by an entity or person over whom the defendant had no control.

### Second Affirmative Defense

And further answering, the defendant in crossclaim says that the plaintiff (and/or other persons) used the product in an unreasonable manner, not reasonably foreseeable to this defendant in crossclaim, and for a purpose for which the product was not intended, manufactured, or designed; plaintiff's injuries and damages, if any, were directly and proximately caused by said misuse and abuse, and plaintiff's recovery herein, if any, is barred.

### Fourth Affirmative Defense

And further answering, the defendant in crossclaim says that the plaintiff knowingly misused a product known to be defective and unreasonably dangerous, wherefore his recovery is barred.

## JURY CLAIM

The defendant in crossclaim claims trial by jury on all counts of the crossclaim.

Garbose Metal Company,
By its attorneys,

Scott J. Tucker
Paul Saltzman
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108
617-557-9696
Fax 617-227-9191

## CERTIFICATE OF SERVICE

I certify that on February 14, 2006 I caused a copy of the foregoing to be served on all counsel of record by mailing same, postage prepaid, to Danielle J. Barshak, Esq., Stobierski & Stobierski, 377 Main Street, Greenfield, MA 01301 and Jeffrey W. Gunn, Esq., Morris & Stella, 200 W. Adams Street, Suite 1200, Chicago, IL 60606 and John F. Dalsey, Esq., Dalsey, Ferrara & Albano, 73 State Street, Suite 101, Springfield, MA 01103.

_____
Paul Saltzman

## Certificate of Service

I, Ronald E. Gluck, of Breakstone, White-Lief & Gluck, P.C., hereby certify that on this date I served a copy of the within pleading by mailing a copy of same, postage prepaid, to:

David B. Mongue, Esquire
Donovan & O'Connor, LLP
1330 Mass MoCA Way
North Adams, MA 01247

and

Harold W. Potter, Jr.
Holland & Knight, LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116

February 14, 2006

_____
Ronald E. Gluck