IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MASSACHUSETTS

CASE NO. 3:05-cv-30190-MAP

_____X

DALE T. VAUGHN, BARBARA J.
VAUGHN, and BARBARA J. VAUGHN
PPA DEREK T. VAUGHAN,
        Plaintiffs,

v.

LIEBHERR-INTERNATIONAL AG,
LIEBHERR-AMERICA, INC., LIEBHERR
MININING AND CONSTRUCTION EQUIPMENT
INC., LIEBHERR CRANE CORP., LIEBHERR
CRAWLER CRANE, LIEBHERR CONSTRUCTION
EQUIPMENT COMPANY, LIEBHERR MINING
EQUIPMENT COMPANY, LIEBHERR CRANES,
INC. AND GARBOSE METAL CO.,
        Defendants.
_____X

## NOTICE OF CHANGE OF ADDRESS

TO:   THE CLERK OF THE ABOVE-NAMED COURT

     Effective May 1, 2006, please note the firm's change of address, on behalf of counsel for the Defendant, Garbose Metal Co., in the above-captioned matter for Tucker, Heifetz & Saltzman, LLP from Three School Street to:

Tucker, Heifetz & Saltzman, LLP
100 Franklin Street, Suite 801,
Boston, Massachusetts 02110
Tel:  (617) 557-9696
Fax:  (617) 227-9191

Respectfully submitted,

_____
Paul Saltzman, Esq.
BBO# 550333
Tucker, Heifetz & Saltzman, LLp
Three School Street
Boston, MA 02108
Tel: (617) 557-9696
Fax: (617) 227-9191