UNITED STATES DISTRICT COURT
WESTERN MASSACHUSETTS DISTRICT

CIVIL ACTION NO. 3:05-CV-30190

| | |
|---|---|
| DALE T. VAUGHAN,<br>BARBARA J. VAUGHAN,<br>and BARBARA J. VAUGHAN PPA<br>DEREK T. VAUGHAN<br>    Plaintiffs<br><br>v.<br><br>LIEBHERR-INTERNATIONAL AG,<br>LIEBHERR-AMERICA, INC., LIEBHERR<br>MINING AND CONSTRUCTION EQUIPMENT, INC.,<br>LIEBHERR CRANE CORP., LIEBHERRR CRAWLER<br>CRANE COMPANY, LIEBHERR CONSTRUCTION<br>EQUIPMENT COMPANY, LIEBHERR MINING<br>EQUIPMENT COMPANY, LIEBHERR CRANES, INC.<br>AND GARBOSE METAL CO.<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO EXTEND DISCOVERY PERIOD PENDING RULING UPON PLAINTIFFS' MOTION TO AMEND THEIR COMPLAINT TO ADD NEW PARTY DEFENDANTS

NOW COME the parties and jointly move that the discovery period established by order of U.S. Magistrate Judge Neiman be extended pending a ruling upon the Plaintiffs' Motion to Amend the Complaint to Add New Party Defendants. The purpose of the extension of the discovery period is to promote efficiency and avoid unnecessary duplication of discovery. An extension of the discovery period would permit the present parties to postpone taking depositions until it is determined whether or not additional parties will enter the case.

As reasons therefore, the parties state as follows:

On June 10, 2005, the plaintiffs filed a complaint in Franklin Superior Court. On August 22, 2005, defendant Liebherr-America filed a Notice of Removal to Federal District Court. On

September 19, 2005, the plaintiffs filed a Motion to Remand. A hearing was held on the plaintiffs' Motion to Remand (and related Defendants' Motion to Strike and Motion to Drop Misjoined Party) on December 2, 2005. After hearing, Judge Neiman entered a Scheduling Order, providing that all non-expert discovery be completed by June 30, 2006, and that a case management conference be held on July 11, 2006.

Paper discovery has been conducted, and depositions have been taken of numerous employees of plaintiff Dale Vaughan's employer, wTe Recyling, Inc. On the basis of information discovered during the discovery process, plaintiffs served a Motion to Amend Their Complaint to Add New Party Defendants upon proposed new defendants wTe Corporation, Occusafe, Inc. and Republic Crane and Equipment. The Motion to Amend the Complaint to Add New Party Defendants will be filed in court, pursuant to Local Rule 15.1 of the United States District Court for the District of Massachusetts, on June 16, 2006.

If the plaintiffs' Motion to Amend the Complaint to Add New Party Defendants is allowed, new parties will participate in the discovery. It would avoid unnecessary duplication of depositions if such depositions were permitted to be postponed until such time as it is determined whether additional parties will be entering the case. Furthermore, as two of the three prospective new defendants are Massachusetts residents, if the plaintiffs' Motion to Amend the Complaint is allowed, the matter will have to be remanded to state court where new discovery orders will govern.

THEREFORE, the parties request that this court allow their Motion to Extend Discovery Period Pending Ruling Upon the Plaintiffs' Motion to Amend the Complaint to Add New Party Defendants.

BY PLAINTIFF'S ATTORNEY,

*[signature]*

Stobierski & Stobierski
Danielle J. Barshak, Esq.
377 Main Street
Greenfield, MA 01301
413-774-2867

BY DEFENDANT GARBOSE METAL
COMPANY'S ATTORNEY,

*Paul Saltzman (b, DJBarshak, w/ permission)*

Tucker, Heifetz & Saltzman, LLP
Paul Saltzman, Esq.
100 Franklin Street, Suite 801
Boston, MA 02110
617-557-9696

BY DEFENDANT, LIEBHERR-
INTERNATIONAL AG'S ATTORNEY

*[signature]*

Morris & Stella
Joseph N. Stella, Esq.
Jeffrey W. Gunn, Esq.
200 West Adams Street, Suite 1200
Chicago, IL 60606
312-782-2345

Date: June 1, 2006