UNITED STATES DISTRICT COURT
WESTERN MASSACHUSETTS DISTRICT

CIVIL ACTION NO. 3:05-CV-30190

| | |
|---|---|
| DALE T. VAUGHAN,<br>BARBARA J. VAUGHAN,<br>and BARBARA J. VAUGHAN PPA<br>DEREK T. VAUGHAN<br>    Plaintiffs<br><br>v.<br><br>LIEBHERR-INTERNATIONAL AG,<br>LIEBHERR-AMERICA, INC., LIEBHERR<br>MINING AND CONSTRUCTION EQUIPMENT, INC.,<br>LIEBHERR CRANE CORP., LIEBHERRR CRAWLER<br>CRANE COMPANY, LIEBHERR CONSTRUCTION<br>EQUIPMENT COMPANY, LIEBHERR MINING<br>EQUIPMENT COMPANY, LIEBHERR CRANES, INC.<br>AND GARBOSE METAL CO.<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFFS' MOTION TO AMEND THE
COMPLAINT TO ADD NEW PARTY DEFENDANTS

    Now come the plaintiffs, Dale T. Vaughan, Barbara J. Vaughan and Barbara J. Vaughan ppa Derek T. Vaughan, and move for leave to file an Amended Complaint. The proposed Amended Complaint is attached hereto. Note that for the sake of easily identifying the new paragraphs, as well as minimizing the burden on the existing parties to review the Amended Complaint, the new paragraphs are identified as 13A-13C and 26A-26Q. New counts commence with paragraph 44. A Memorandum of Law in Support of Plaintiffs' Motion to Amend their Complaint is submitted in conjunction with this Motion.

                              Respectfully Submitted,

                              Dale T. Vaughan, Barbara J. Vaughan, and Barbara J.
                              Vaughan ppa Derek T. Vaughan, Plaintiffs
                              By their Attorney,

                              _____
                              John J. Stobierski, Esq.
                              BBO# 549222
                              Danielle J. Barshak, Esq.
                              BBO # 553347
                              Stobierski & Stobierski
                              377 Main Street

Greenfield, MA 01301
(413)774-2867

Dated: May 22, 2006

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing was mailed by first class mail, postage prepaid to the following attorneys:

For the defendant, Liebherr-International AG:

Joseph N. Stella, Esq.
Jeffrey W. Gunn, Esq.
Morris & Stella
200 West Adams, Suite 1200,
Chicago, IL 60606

and

John F. Dalsey, Esq.
Dalsey, Ferrara & Albano
73 State Street, Suite 101
Springfield, MA 01103

For the defendant, Garbose Metal Company

Paul Saltzman, Esq.
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

For wTe Corporation,

Erik Winton, Esq.
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116

For Occusafe, Inc.

John J. Ferriter, Esq.
Ferriter & Ferriter
150 Lower Road, Suite 100
Holyoke, MA 01040

Republic Crane and Equipment Company
333 Baxter Harris Street
Charlotte, NC  28206-1944

on this 22nd day of May, 2006.

                         Respectfully Submitted,
                         Plaintiffs
                         Dale T. Vaughan, Barbara J. Vaughan
                         Barbara J. Vaughan, ppa Derek T. Vaughan,
                         By Their Attorneys,

                         John J. Stobierski, Esq.
                         BBO#549222
                         Danielle J. Barshak, Esq.
                         BBO # 553347
                         Stobierski & Stobierski
                         377 Main Street
                         Greenfield, MA  01301
                         (413)774-2867