UNITED STATES DISTRICT COURT
WESTERN MASSACHUSETTS DISTRICT

CIVIL ACTION NO. 3:05-CV-30190 -MAP

| | |
|---|---|
| DALE T. VAUGHAN, <br> BARBARA J. VAUGHAN, <br> and BARBARA J. VAUGHAN PPA <br> DEREK T. VAUGHAN <br>     Plaintiffs <br><br> v. <br><br> LIEBHERR-INTERNATIONAL AG, <br> LIEBHERR-AMERICA, INC., LIEBHERR <br> MINING AND CONSTRUCTION EQUIPMENT, INC., <br> LIEBHERR CRANE CORP., LIEBHERRR CRAWLER <br> CRANE COMPANY, LIEBHERR CONSTRUCTION <br> EQUIPMENT COMPANY, LIEBHERR MINING <br> EQUIPMENT COMPANY, LIEBHERR CRANES, INC. <br> AND GARBOSE METAL CO. <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### PLAINTIFFS' STATEMENT, PURSUANT TO LOCAL RULE 15.1, OF DATE ON WHICH MOTION TO AMEND THE COMPLAINT TO ADD NEW PARTY DEFENDANTS WILL BE FILED

Notice is hereby given that the Plaintiffs' Motion to Amend the Complaint to Add a New Party Defendant will be filed on June 16, 2006.

Respectfully Submitted,

Dale T. Vaughan, Barbara J. Vaughan, and Barbara J.
Vaughan ppa Derek T. Vaughan, Plaintiffs
By their Attorney,

_____
John J. Stobierski, Esq.
BBO# 549222
Danielle J. Barshak, Esq.
BBO # 553347
Stobierski & Stobierski
377 Main Street
Greenfield, MA 01301
(413)774-2867

Dated: June 1, 2006

CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing was mailed by first class mail, postage prepaid to the following:

For the defendant, Liebherr-America, Inc.:

Joseph N. Stella, Esq.
Jeffrey W. Gunn, Esq.
Morris & Stella
200 West Adams, Suite 1200,
Chicago, IL  60606

and

John F. Dalsey, Esq.
Dalsey, Ferrara & Albano
73 State Street, Suite 101
Springfield, MA  01103

For the defendant, Garbose Metal Company

Paul Saltzman, Esq.
Tucker, Heifetz & Saltzman, LLP
100 Franklin Street, Suite 801
Boston, MA  02108

For wTe Corporation,

Erik Winton, Esq.
Jackson Lewis LLP
75 Park Plaza
Boston, MA  02116

For Occusafe, Inc.

John J. Ferriter, Esq.
Ferriter & Ferriter
150 Lower Road, Suite 100
Holyoke, MA  01040

Republic Crane and Equipment Company
2023 John Crosland Jr. Drive
Charlotte, NC  28208-5555

on this 1st day of June, 2006.

                    Respectfully Submitted,
                    Plaintiffs
                    Dale T. Vaughan, Barbara J. Vaughan
                    Barbara J. Vaughan, ppa Derek T. Vaughan,
                    By Their Attorneys,

                    John J. Stobierski, Esq.
                    BBO#549222
                    Danielle J. Barshak, Esq.
                    BBO # 553347
                    Stobierski & Stobierski
                    377 Main Street
                    Greenfield, MA  01301
                    (413)774-2867