UNITED STATES DISTRICT COURT
WESTERN MASSACHUSETTS DISTRICT

CIVIL ACTION NO. 3:05-CV-30190 -MAP

| | |
|---|---|
| DALE T. VAUGHAN, <br> BARBARA J. VAUGHAN, <br> and BARBARA J. VAUGHAN PPA <br> DEREK T. VAUGHAN <br> Plaintiffs <br><br> v. <br><br> LIEBHERR-INTERNATIONAL AG, <br> LIEBHERR-AMERICA, INC., LIEBHERR <br> MINING AND CONSTRUCTION EQUIPMENT, INC., <br> LIEBHERR CRANE CORP., LIEBHERRR CRAWLER <br> CRANE COMPANY, LIEBHERR CONSTRUCTION <br> EQUIPMENT COMPANY, LIEBHERR MINING <br> EQUIPMENT COMPANY, LIEBHERR CRANES, INC. <br> AND GARBOSE METAL CO. <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### PLAINTIFFS' CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 15.1(B)

I, Danielle J. Barshak, counsel of record for the plaintiffs, hereby certify that the Plaintiffs' Motion to Amend the Complaint to Add New Party Defendants was served upon the proposed new defendants wTe Corporation, Occusafe, Inc. and Republic Crane Company at least ten (10) days in advance of the filing of Plaintiffs' Motion to Amend the Complaint to Add a New Party Defendant, as required by LR 15.1(B) of the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully Submitted,

Dale T. Vaughan, Barbara J. Vaughan, and Barbara J.
Vaughan ppa Derek T. Vaughan, Plaintiffs
By their Attorney,

_____
John J. Stobierski, Esq.
BBO# 549222
Danielle J. Barshak, Esq.
BBO # 553347

Stobierski & Stobierski
377 Main Street
Greenfield, MA  01301
(413)774-2867

Dated: June 16, 2006

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing was mailed by first class mail, postage prepaid to the following attorneys:

For the defendant, Liebherr-International AG:

Joseph N. Stella, Esq.
Jeffrey W. Gunn, Esq.
Morris & Stella
200 West Adams, Suite 1200,
Chicago, IL  60606

and

John F. Dalsey, Esq.
Dalsey, Ferrara & Albano
73 State Street, Suite 101
Springfield, MA  01103

For the defendant, Garbose Metal Company

Paul Saltzman, Esq.
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA  02108

For wTe Corporation,

Erik Winton, Esq.
Jackson Lewis LLP
75 Park Plaza
Boston, MA  02116

For Occusafe, Inc.

John J. Ferriter, Esq.
Ferriter & Ferriter
150 Lower Road, Suite 100
Holyoke, MA  01040

Republic Crane and Equipment Company
333 Baxter Harris Street
Charlotte, NC  28206-1944

on this \_\_16th\_\_ day of June, 2006.

                        Respectfully Submitted,
                        Plaintiffs
                        Dale T. Vaughan, Barbara J. Vaughan
                        Barbara J. Vaughan, ppa Derek T. Vaughan,
                        By Their Attorneys,

                        John J. Stobierski, Esq.
                        BBO#549222
                        Danielle J. Barshak, Esq.
                        BBO # 553347
                        Stobierski & Stobierski
                        377 Main Street
                        Greenfield, MA  01301
                        (413)774-2867