UNITED STATES DISTRICT COURT
WESTERN MASSACHUSETTS DISTRICT

CIVIL ACTION NO. 3:05-CV-30190

| | |
|---|---|
| DALE T. VAUGHAN, BARBARA J. VAUGHAN and BARBARA J. VAUGHAN PPA DEREK T. VAUGHAN, Plaintiffs <br><br> v. <br><br> LIEBHERR-INTERNATIONAL AG, LIEBHERR-AMERICA, INC., LIEBHERR MINING AND CONSTRUCTION EQUIPMENT, INC., LIEBHERR CRANE CORP., LIEBHERR CRAWLER CRANE COMPANY, LIEBHERR CONSTRUCTION EQUIPMENT COMPANY, LIEBHERR MINING EQUIPMENT COMPANY, LIEBHERR CRANES, INC. and GARBOSE METAL CO., Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## AFFIDAVIT OF DIANE C. MALACHOWSKI

My name is Diane C. Malachowski and I hereby state upon personal knowledge and belief the following:

1. I am the President, sole officer and sole employee of Occusafe, Inc. ("Occusafe") which Plaintiffs' are moving to add as a Defendant in this matter involving a work place accident on a piece of heavy equipment that occurred on June 13, 2002.

2. Plaintiff's employer, WTE Recycling (WTE), maintains records of all Occusafe basic safety trainings from 1998 to 2002 for OSHA compliance and other purposes.

3. Plaintiff had access to WTE's records for purposes of identifying the existing nine Plaintiffs in this action, and should have identified Occusafe before the statute of limitations ran over one year ago, on June 17, 2005.

4. Plaintiff himself attend approximately 30 basic safety training sessions with Occusafe over a four year period, so Plaintiff should have identified Occusafe as a potential Defendant prior to the running of the statute of limitations.

5. Occusafe will be seriously prejudiced if it is added to this action after the statute of limitations ran, because (i) two of the trainers who taught for Occusafe prior to the accident are no longer affiliated with Occusafe, and (ii) the lead trainer at WTE for Occusafe during 2002 and former officer of Occusafe is no longer affiliated with Occusafe and has moved out of Massachusetts.

6. WTE instructed Occusafe from 1998 to 2006 regarding what basic general application topics would be the subject of the training by Occusafe, and WTE never requested job specific crane training or related workplace safety, and Occusafe would not have agreed to, or been able to, conduct this specialized training.

7. Because of his own expertise, Rick Green of WTE did his own in-house training regarding crane and related workplace safety, including heavy equipment operations.

8. Occusafe has never performed crane training or related workplace safety training for WTE or anyone else. Occusafe had no involvement in safety issues, safety programs or training related to the crane, its' function specific operations, crane operators' job specific training or related workplace hazards or enforcements at WTE Recycling, Greenfield, MA.

Signed under the pains and penalties of perjury this 25th day of June, 2006.

_Diane C. Malachowski_
Diane C. Malachowski, President
Occusafe, Inc.