UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER 3:05-CV-30190

DALE T. VAUGHAN,
BARBARA VAUGHAN, and
BARBARA J. VAUGHAN PPA
DERRICK T. VAUGHAN,

      Plaintiffs,

v.

LIEBHERR-INTERNATIONAL AG,
LIEBHERR-AMERICA, INC.,
LIEBHERR MINING AND CONSTRUCTION EQUIPMENT, INC.,
LIEBHERR CRANE CORPORATION,
LIEBHERR CRAWLER CRANE COMPANY,
LIEBHERR CONSTRUCTION EQUIPMENT COMPANY,
LIEBHERR MINING EQUIPMENT COMPANY,
LIEBHERR CRANES, INC., and
GARBOSE METAL COMPANY,

      Defendants.

---

PROPOSED ADDITIONAL DEFENDANT, OCCUSAFE, INC.'S,
CERTIFICATE OF COMPLIANCE

---

I, John J. Ferriter, Esquire, counsel of record for the proposed additional defendant, OCCUSAFE, Inc., hereby certify that the Verified Opposition and Memorandum of Proposed Additional Defendant, OCCUSAFE, Inc., in Opposition to Plaintiffs' Motion to Add New Party Defendants was served upon the parties of record within the time standards as required by LR 15.1(B) of the Local Rules of the Unites States District Court for the District of Massachusetts.

Respectfully submitted,

OCCUSAFE, Inc.
By Its Attorneys
FERRITER & FERRITER LLC

Date: June 26, 2006

John J. Ferriter, BBO# 547474
150 Lower Westfield Road
Holyoke, MA  01040
Phone 413-535-4200
Fax 413-535-4201

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above document on all parties of record on this day.

P:\JJF\O\OCCUSAFE\Pleadings\Certificate of Compliance and COS 6-28-06.doc